Opinion filed November 5, 2009 












 
 
  
 
 







 
 
  
 
 




Opinion filed
November 5, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00314-CV

                                                    __________

 

                         LLANO
PRODUCTION COMPANY, Appellant

 

                                                             V.

 

                COTTON,  BLEDSOE, TIGHE & DAWSON, P.C., Appellee

 



 

                                        On
Appeal from the County Court at Law

 

                                                         Midland County, Texas

 

                                                Trial Court Cause No. CC-14868

 



 

                                              M
E M O R A N D U M   O P I N I O N

Appellant
has filed in this court a motion to dismiss its appeal.  Appellant states that a settlement agreement
has been reached.  The motion is granted,
and the appeal is dismissed.

 

PER
CURIAM

 

November 5, 2009

Panel
consists of:  Wright, C.J., 

McCall, J., and Strange, J.